FILED
14 FEB -5 PM 3:03
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY
NUNC PRO TUNC
FEB 04 2014

Julio Mayen
15335 Castle Peak Lane
Jamul, CA 91935

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**JULIO MAYEN**
Plaintiff,

vs.

**BANK OF AMERICA, N.A., AND RECONTRUST COMPANY, N.A.**
Defendants,

Case No. 13-cv-2080-MMA (BGS)

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR RECONSIDERATION PER FRCP 59(E) AND LOCAL RULE 7.1i**

**DEMAND FOR JURY TRIAL**

Date: March 31, 2014
Time: 2:30 p.m.
Place: Courtroom 3A
Hon. Judge: Michael M. Anello

**TO THE HONORABLE COURT OF RECORD, DEFENDANT'S AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE:** that on March 31, 2014, or soon thereafter as the matter may be heard in Courtroom 3A of the United States District Court, Southern District of California, located at 221 West Broadway, San Diego, California 92101, Hon. Michael M. Anello, presiding, Plaintiff, Julio Mayen, will and hereby moves the court for an order to reconsider its order granting Defendant's Motion to Dismiss **with prejudice** under the following grounds delineated in Plaintiff's Memorandum of Points And Authorities in support of this motion concurrently filed herewith.

**WHEREFORE,** Plaintiff moves the court to grant Plaintiff's Motion for Reconsideration.

Date: February 4, 2014

Respectfully Submitted,

Julio Mayen

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on February 4, 2014, to Defendant's Counsel of record Elizabeth C. Farrell at the following address: Severson & Werson, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612

Dated: February 4, 2014

Julio Mayen