1  Julio Mayen
2  15335 Castle Peak Lane
   Jamul, CA 91935
3
4
5
6
7
8
                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA
10

11 **JULIO MAYEN**                    Case No. 13-cv-2080-MMA
12 Plaintiff,

13                                    **PLANTIFF'S AFFIDAVIT IN
14                                    SUPPORT OF PLAINTIFF'S NOTICE
                                      OF MOTION AND MOTION FOR
15 vs.                                RECONSIDERATION**

16 BANK OF AMERICA, N.A  AND
17 ~~FIRST~~ Recontrust Company N.A.  **DEMAND FOR JURY TRIAL**
18 Defendants,
                                      Date: March 31, 2014
19                                    Time: 2:30p.m.
20                                    Place: Courtroom 3a
                                      Judge: Michael M. Anello
21
22
23
24
25
26
27
28

## PLAINTIFF'S AFFIDAVIT

**NOW COMES** the Affiant/Plaintiff, Julio Mayen, who is over the age of 21 years, competent to testify, with first-hand knowledge and declares as follows under penalty of perjury regarding Case No. 13-cv-2080-MMA ; JULIO MAYEN v. BANK OF AMERICA, N.A. and RECONTRUST COMPANY, N.A.:

1. Plaintiff, Julio Mayen, hereby submits this Affidavit in Support of Plaintiff's Motion for reconsideration

2. That Affiant/Plaintiff is of the age of majority, of sound mind and competent to testify.

3. That Affiant/Plaintiff is domiciled in the nation/state of California, a member of the Constitution of the United States.

4. That Affiant/Plaintiff on September 5, 2013 I filed a complaint seeking relief from the court under the FDCPA from the third party interlopers.

5. Affiant/ Plaintiff states that he has never had any contractual agreement with Bank of America, N.A. and Recontrust Company, N.A.

6. That Affiant/ Plaintiff who is not trained counsel was unaware of the kinds of tactics that can be employed by trained counsel such as that which has taken place in the instant matter.

7. That Affiant/ Plaintiff did not know or realize that Ms. Farrell would misstate the contents of her own Exhibit D.
8. That Affiant/ Plaintiff was shocked to discover the fact that Ms. Farrell appears to have misled this honorable court.
9. That Affiant/ Plaintiff was further shock to learn that Ms. Farrell was an extern thus some sort of protégé of the Honorable Judge Michal M. Anello.
10. That Affiant/ Plaintiff has been informed, further believes and thus alleges that if a conflict of interest does exist between Ms. Farrell and Judge Michal M. Anello, such conflict should have been disclosed in the beginning.
11. That in light of the foregoing, plaintiff firmly believes that a miscarriage of justice has taken place in the instant matter as reflected in the law, facts and evidence contained in the record of this case.

## VERIFICATION

I hereby verify and affirm that I prepared and have read this Affidavit and that I believe the foregoing statements in this Affidavit to be true and correct. I hereby further affirm that the basis of these beliefs is my own direct knowledge of the statements described herein.

Signed in San Diego, California

February 4, 2014

_____
Julio Mayen, Affiant/Plaintiff

## NOTARY'S VERIFICATION

STATE OF CALIFORNIA   )
                      )
COUNTY OF SAN DIEGO   )

On this day personally came before me the above-named Plaintiff, who proved his identity to me to my satisfaction, and he acknowledged her signature on this Affidavit in my presence and stated that she did so with full understanding that he was subject to the penalties of perjury.

Name of Notary  Mary C. Dinsdale

Signature of notary  Mary C. Dinsdale

MARY C. DINSDALE
Commission # 1945577
Notary Public - California
San Diego County
My Comm. Expires Jul 25, 2015