1  Julio Mayen
2  15335 Castle Peak Lane
   Jamul, CA 91935
3  619-669-9887
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              SOUTHERN DISTRICT OF CALIFORNIA
10
11
12 JULIO MAYEN                          Case no. 13-cv-2080-MMA-BGS
13         Plaintiff,
14
15 vs.                                  **PLAINTIFF'S NOTICE OF FILING OF CORRECTED PLEADINGS AND NOTICE OF ERRATA TO REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR RECONSIDERATION**
16
17
18 BANK OF AMERICA, N.A., and
   RECONTRUST COMPANY, N.A.
19
20         Defendants,
21
22
23
24
25     TO THE HONORABLE COURT OF RECORD, DEFENDANT'S AND
26              THEIR ATTORNEYS OF RECORD:
27
28

PLEASE TAKE NOTICE that Plaintiff hereby corrects Plaintiff's Request for Judicial Notice in Support of Plaintiff's Notice of Filing and Notice of Errata for Plaintiff's Notice of Motion and Motion for Reconsideration per FRCP 59(E) and local rule 7.1i. Plaintiff's Corrected Request for Judicial Notice in Support of Plaintiff's Notice of Motion and Motion for Reconsideration corrects the following errors and is filed concurrently herewith and served on the parties by and through their counsel of record.

The following errors were corrected:

1. At page 2, line 15, replace "(d)" with "(c)"

2. At page 3, line 20, the text is changed to state:

Exhibit 1:

A true and correct copy printed directly from the SEC website of the
CWMBS, Inc – 424B5 Trust Prospectus Supplement for the
CHL MORTGAGE PASS-THROUGH TRUST 2005-7
MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-7
*http://edgar.sec.gov/Archives/edgar/data/906410/000095012905000802/v04620e424b5.txt* - "Servicing of Mortgage Loans" (Pages 1, 7 and 84)

The very same trust as identified in Defendant's Exhibit B (Doc 7-1, pgs 28-29) identified as **ASSIGNMENT OF DEED OF TRUST** executed 6/6/2011 and recorded on June 13, 2011 in said public repository, the Office of the San Diego County Recorder identified by DOC # 2011-0300032.

Exhibit 2:

A true and correct copy printed directly from the SEC website of the
CWMBS, Inc – 8K For 1-30-2005 EX-99.1 – Pooling and Servicing
Agreement for the CHL MORTGAGE PASS-THROUGH TRUST 2005-07
MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-07

*http://www.secinfo.com/drjtj.z2C3.d.htm#3to*
(pg 6: par 1, pg 11: par 1, pg 43: sentence 3)

Exhibit 4

A true and correct copy printed directly from the SEC website of the CWMBS, Inc - Form 15D_SEC - Termination of Registration
*http://edgar.sec.gov/Archives/edgar/data/1316264/000090514806000565/efc6-0074_5816196form1515d.txt*

3. At page 3, line 22-28, the text is changed to state:

Through this link one can locate the Form 15D reflected in Plaintiff's Motion for Reconsideration as Exhibit **4**. The Court can further see from the SEC site above showing the public records in the 424B5 prospectus Exhibit 1 and in the Pooling and Servicing Agreement Exhibit 2 that the named entity that is Master Servicer under the P&SA associated with Defendant's Exhibit B (Doc 7-1, pgs 28-29) is Countrywide Home Loans Servicing, LP as of January 30, 2005.

4. At page 4, line 5, insert "link" at the end of sentence

5. At page 4, line 6-8, the text is changed to state:

Exhibit **3**

A true and correct copy printed directly from the Federal Reserve Board-NIC website of the BACHLS, LP - Institution History
*http://www.ffiec.gov/nicpubweb/nicweb/InstitutionHistory.aspx?parID_RSSD=3035311&parDT_END=20110630*

6. At page 5, line 2-17, delete.

Date: March 10, 2014

Julio Mayen, Plaintiff