## PROOF OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on March 10, 2014, via USPS Certified Mail to Defendant's Counsel of record: Elizabeth C. Farrell at the following address, Severson & Werson, 19100 Von Karman Avenue, Suite 700, Irvine, Ca 92612

Dated: March 10, 2014

_____
Julio Mayen, Plaintiff