ROBERT J. GANDY (State Bar No. 225405)
rjg@severson.com
ELIZABETH C. FARRELL (State Bar No. 280056)
ecf@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

MARK JOSEPH KENNEY (State Bar No. 87345)
mjk@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
BANK OF AMERICA, N.A. and
RECONTRUST COMPANY, N.A.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO MAYEN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., and RECONTRUST COMPANY, N.A.,<br><br>　　　　Defendants. | Case No. 3:13-02080-MMA-BGS<br>Hon. Michael M. Anello<br>Ctrm. 3A<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION**<br><br>Date:　April 14, 2014<br>Time:　2:30 p.m.<br>Crtrm.: 3A<br><br>Action Filed:　September 5, 2013<br>Judg. Entered: January 7, 2014<br>Trial Date:　None Set |

Pursuant to Federal Rule of Evidence 201, Defendants BANK OF AMERICA, N.A. and RECONTRUST COMPANY, N.A., (collectively "Defendants") request that the Court take judicial notice of the following facts.

Under Rule 201, facts appropriate for judicial notice are those "not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." FED. R. EVID. 201(b). Facts subject to judicial notice may be considered on a motion to dismiss. *Mullis v. United States Bankr. Ct.*, 828 F.2d 1385, 1388 (9th Cir. 1987). Deeds, Deeds of Trust and Accompanying Riders Attached to the Deeds of Trust, Notice of Default, and Notice of Trustee's Sale are documents that are "not subject to reasonable dispute" and are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." FED. R. EVID. 201. Courts commonly take judicial notice of deeds of trust and similar instruments. *See, e.g., Monaco v. Bear Stearns Residential Mortgage Corp.*, 554 F.Supp.2d 1034, 1036 n. 1 (C.D. Cal. 2008). As set forth herein, the following document requested to be judicially noticed is not subject to reasonable dispute, in that it is "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned" within the meaning of Federal Rules of Evidence 201(b):

1. A true and correct copy of the "Notice of Rescission of Declaration of Default and Demand for Sale and of Notice of Default and Election to Sell" recorded on January 27, 2014, in the San Diego County Recorder's office as instrument number 2014-0033979 is attached hereto as **Exhibit A**.

DATED: March 19, 2014

SEVERSON & WERSON
A Professional Corporation

By: ___*/s/ Elizabeth C. Farrell*___
    Elizabeth C. Farrell

Attorneys for Defendants BANK OF AMERICA, N.A. and RECONTRUST COMPANY, N.A.