| | |
|---|---|
| 1 | Julio Mayen |
| 2 | 15335 Castle Peak Lane |
| | Jamul, CA 91935 |
| 3 | 619-669-9887 |

NUNC PRO TUNC

APR - 7 2014

FILED
14 APR -8 PM 12:47

D47

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| JULIO MAYEN | Case no.   13-cv-2080-MMA-BGS |
|---|---|
| Plaintiff, | **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION** |
| vs. | |
| BANK OF AMERICA, N.A., and RECONTRUST COMPANY, N.A. | |
| Defendants, | |

**TRIAL BY JURY DEMANDED**

Time: 2:30 PM
Date: April 14, 2014
Place: Courtroom 3A
Judge: Hon. Michael M. Anello

**TO THE HONORABLE COURT OF RECORD, DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE:** That on April 14, 2014, at 2:30 PM or soon thereafter as the matter may be heard in Courtroom 3A, of the United States District Court, Southern District of California, Hon. Michael M. Anello, presiding, Plaintiff, will and hereby moves the court for an Extension of Time to file Plaintiff's Reply to Defendants' Opposition to Plaintiff's Motion for Reconsideration in Support of Plaintiff's Motion for Reconsideration. Plaintiff's Memorandum of Points and Authorities in support are concurrently filed herewith, and Plaintiff's Judicial Notice with Claim of Rights incorporated into this motion (Dkt. #2).

**WHEREFORE:** Plaintiff hereby requests an additional 30 days time from April 7, 2014 to file Plaintiff's reply due to reasons stated in Plaintiff's memorandum in support

Date: April 7, 2014

Julio Mayen, Plaintiff