Julio Mayen
15335 Castle Peak Lane
Jamul, CA 91935
619-669-9887

FILED

14 APR -8 PM 12: 47

NUNC PRO TUNC

APR - 7 2014

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO MAYEN<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., and RECONTRUST COMPANY, N.A.<br><br>Defendants, | Case no.   13-cv-2080-MMA-BGS<br><br>**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION**<br><br><u>**TRIAL BY JURY DEMANDED**</u><br><br>Time: 2:30 PM<br>Date: April 14, 2014<br>Place: Courtroom 3A<br>Judge: Hon. Michael M. Anello |

# PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION

Plaintiff hereby requests an additional 30 days from April 7, 2014 to file reply to Defendant's opposition to Plaintiff's motion for reconsideration. Plaintiff being an unrepresented lay person, attempting to reply in a timely manner is but is challenged since he does not have the legal training and resources available to him as attorney's do and as such requires more time to reply effectively.

The Defendants' in their opposition are have misconstrued the facts and in doing so are misleading the court. Plaintiff requires an extension of time so that a proper reply can be filed that will clarify for the court's edification.

Date: April 7, 2014

Julio Mayen, Plaintiff

## PROOF OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on April 7, 2014, via USPS Certified Mail to Defendant's Counsel of record: Elizabeth C. Farrell at the following address, Severson & Werson, 19100 Von Karman Avenue, Suite 700, Irvine, Ca 92612

Dated: April 7, 2014

_____
Julio Mayen, Plaintiff